UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KATHERINE WILLIAMS,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>AR DENTAL, LLC and ASPEN DENTAL MANAGEMENT, INC.,<br><br>　　Defendants. | Civil Action No. 2:17-cv-00439-DBH |

**STIPULATION OF DISMISSAL**

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated at Portland, Maine this 27th day of September 2018

/s/ Allan K. Townsend
Allan K. Townsend
Maine Employee Rights Group
92 Exchange Street, Second Floor
Portland, Maine 04101
Tel. (207) 874-0905
atownsend@maineemployeerights.com


/s/ Shiloh D. Theberge
Shiloh D. Theberge, Esq.
Littler Mendelson
One Monument Square, 6th Floor
Portland, Maine 04101
Tel. (207) 774-6001
stheberge@littler.com